**Appeal Dismissed and Memorandum Opinion filed August 27, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00249-CV

---

**MEIXUE JING, Appellant**

**V.**

**YUNSHENG LIU, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-72365**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 13, 2024. The clerk's record was filed May 20, 2024. The reporter's record was filed on May 31, 2024. No brief was filed.

On August 1, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.